UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Mesa, Et al        Plaintiff,                    1:09 CV 10464        (   )

-against-

The City of New York et al        Defendant.
-------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Leslie Sultan

[X] Attorney

  [X] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: LS 8337 ; My State Bar Number is: 4646006

  [ ] I am a Pro Hac Vice attorney

  [ ] I am a Government Agency attorney

[ ] Law Firm/Government Agency Association

  From: _____

  To: Law Offices of Leslie Sultan

  [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

[X] Address:       961 Bergen Street #3A

                   Brooklyn, NY 11216

[X] Telephone No.: (818) 268-9301

[ ] Fax No.:

[ ] E-Mail Address:

Dated: 4/9/10

ATTORNEY'S SIGNATURE